IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD VINCENT WILLIAMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 22-00185-JB-B |
| | * |
| MS. SIMS, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 12, 2023 (Doc. 27) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute this action and to obey the Court's orders.

**DONE and ORDERED** this 6th day of July, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE